```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MICHAEL GRECCO PRODUCTIONS, INC.,                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :        24 Civ. 7673 (JPC)
             -v-                                                       :
                                                                       :            ORDER
COHEN QUAD CINEMA LLC,                                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 25, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore November 15, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 22, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 29, 2024.

SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                    _____
                                                         JOHN P. CRONAN
                                                    United States District Judge