

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
t: 516-203-7600
f: 516-282-7878

December 31, 2024

<u>*Via ECF*</u>
Hon. John P. Cronan
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Michael Grecco Productions, Inc. v. Cohen Quad Cinema LLC*
             Docket No: 1:24-cv-07673-JPC

Dear Judge Cronan:

    We represent Michael Grecco Productions, Inc. ("Plaintiff") in the above matter. Pursuant to Rule 3(B) of Your Honor's Individual Rules and Practices, we write to respectfully request a brief continuance of the initial pretrial conference and the corresponding deadline for the parties to submit a joint letter and proposed Case Management Plan and Scheduling Order (see Dkt. No. 15) due to conflicting holiday and work schedules.

    This is the parties' first request to adjourn the initial pretrial conference and related deadlines. The current conference date is Monday, January 6, 2025 and the new requested date is Tuesday, January 21, 2025. Defendant Cohen Quad Cinema LLC consents to the requested continuance. There is no other scheduled appearance before the Court and no other dates will be impacted by this request.

    We thank the Court for its time and consideration of this request

                                  Respectfully submitted,

                                  /s *Renee J. Aragona*
                                  Renee J. Aragona

The request is granted. The initial pretrial conference scheduled for January 6, 2025 is adjourned to January 21, 2025 at 10:00 a.m. The parties' joint letter and proposed case management plan are due by January 14, 2025. The Clerk of Court is respectfully directed to close Docket Number 17.

SO ORDERED.
Date: January 1, 2025
New York, New York

JOHN P. CRONAN
United States District Judge