UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC.,

                                  Plaintiff,                  **24-CV-7673 (JPC)**

                -against-                           **ORDER**

COHEN QUAD CINEMA LLC,

                                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A call in this matter is scheduled for **Tuesday, October 7, 2025, at 10:00 a.m.**

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [549 385 615#].

        **SO ORDERED.**

DATED:        New York, New York
                  October 2, 2025

                                                                           _____
                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge